

JAN 2 0 2010
FILED _____ LODGED
WESTERN DISTRICT OF WASHINGTON TACOMA
BY _____ DEPUTY

JAN 2 0 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

1

2

3

4

5

6

7

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA.

8

9

10  CHARLOTTE GRADY and
11  CHRISTOPHER GRADY, individually and
    as husband and wife, and the marital           NO.: 3:09-CV-05390-RBL
    community composed thereof;
12  CHRISTOPHER GRADY as the Guardian             ORDER APPROVING MINOR
    of T.G., a minor; and CHRISTOPHER            SETTLEMENT DISBURSEMENTS
13  GRADY as the natural parent of A.G., a        PURSUANT TO LRCP 17(C)
14  minor,

15              Plaintiffs,                        NOTE ON MOTION CALENDAR:
                                                   JANUARY 14, 2010
16       vs.

17
    PHYSIOTHERAPY ASSOCATES, INC, a
18  Michigan Corporation; STRYKER
    CORPORATION, a Michigan corporation;
19  and MICHAEL R. SEVERINO, DPT, and
20  NICOLE A. SEVERINO, PT, husband and
    wife and the marital community composed
21  thereof,

22

23       A Petition for Approval of Settlement having been filed on behalf of the

24  above-named Plaintiff minors, the Court finding that the facts set forth give the

25  Court jurisdiction over the subject matter and the parties involved and that,

MARGULLIS, LUEDTKE & RAY, PLLC
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251

FAX (253) 752-1071



09-CV-05390-ORD

pursuant to Civil Rule and Local Rule 17 (c), counsel has recommended disbursement of the settlement proceeds of these claims as provided for in the petition filed herewith;

The Court having considered the records and files herein, and being fully advised in the premises, NOW THEREFORE,

**THE COURT ORDERS:**

1. The following settlements are approved:

   A. T.G. in the amount of $5,000 to be held in a blocked account plus an all expense paid family vacation to Disney World

   B. A.G. in the amount of $5,000 to be held in a blocked account plus an all expense paid family vacation to Disney World

2. Christopher Grady has been appointed as Guardian of T.G. and A.G. for purposes of this lawsuit, and therefore he may execute releases on behalf of the minor Plaintiffs.

3. IT IS FURTHER ORDERED:

_____

_____

DATED and signed in open Court this 20th day of January, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISCTRICT JUDGE

MARGULLIS, LUEDTKE & RAY, PLLC
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251

FAX (253) 752-1071

ORDER - PAGE 2

Presented by:
**MARGULLIS, LUEDTKE & RAY, PLLC**

*/s/ Rodney B. Ray*

**RODNEY B. RAY,** WSB# 7446
Of Attorneys for Plaintiffs

**Reviewed and Approved:**

*/s/ June Campbell*

**JUNE CAMPBELL,** WSB# 11427
Of Attorneys for Defendant

**MARGULLIS, LUEDTKE & RAY, PLLC**
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251

FAX (253) 752-1071