# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA.

| | |
|---|---|
| CHARLOTTE GRADY and CHRISTOPHER GRADY, individually and as husband and wife, and the marital community composed thereof; CHRISTOPHER GRADY as the Guardian of T.G., a minor; and CHRISTOPHER GRADY as the natural parent of A.G., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PHYSIOTHERAPY ASSOCATES, INC, a Michigan Corporation; STRYKER CORPORATION, a Michigan corporation; and MICHAEL R. SEVERINO, DPT, and NICOLE A. SEVERINO, PT, husband and wife and the marital community composed thereof, | NO.: 3:09-CV-05390-RBL<br><br>PETITION TO AMEND ORDER APPROVING MINOR SETTLEMENT DISBURSEMENTS PURSUANT TO LRCP 17(C)<br><br>NOTE ON MOTION CALENDAR: August 13, 2010 |

COME NOW Plaintiffs Charlotte Grady, Christopher Grady, Christopher Grady as the Guardian of T.G. and Christopher Grady as the natural parent of

PETITION - PAGE 1

MARGULLIS, LUEDTKE & RAY, PLLC
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251

FAX (253) 752-1071

A.G. and petitions the Court for an Amended Order approving the minor settlement of their individual claims in this action.

## I. FACTS REGARDING MINOR PETITIONERS' INJURIES AND DAMAGES

These claims arise out of injuries sustained by Charlotte Grady on February 20, 2007, when she suffered a third degree burn that required two subsequent skin grafts.

The minor settlements were approved by this Court on January 10, 2010. The Order indicated that the settlement funds for each minor should be placed in a blocked bank account, but failed to state that that the funds should remain in the blocked bank account until each minor's eighteenth birthday.

## II. SUMMARY OF PROPOSED GROSS SETTLEMENTS AGREED UPON

Each minor received a $5,000 settlement as compensation for their loss of consortium claims. As stated in Plaintiff's prior Petition regarding the minor settlements, no attorney fees or costs will be deducted from those amounts. The Court previously approved this settlement. The settlement amounts should be place in two interest bearing accounts blocked until the minors reach age 18.

## III. APPLICATION & DISBURSEMENT OF GROSS SETTLEMENT PROCEEDS

The two $5,000 settlements will be deposited in interest bearing bank accounts that will be blocked until each minor reaches the age of majority.

\\\

\

PETITION - PAGE 2

MARGULLIS, LUEDTKE & RAY, PLLC
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251
FAX (253) 752-1071

DATED at Tacoma, Washington, this 12th day of August, 2010.

**MARGULLIS, LUEDTKE & RAY, PLLC**

*/s/ Rodney B. Ray*

**RODNEY B. RAY**, WSB# 7446
**SHERILEE M. LUEDTKE,** WSBA#: 11891
Of Attorneys for Plaintiffs

**AGREED TO:**

*/s/ June Campbell*

**JUNE CAMPBELL,** WSB# 11427
Of Attorneys for Defendant

MARGULLIS, LUEDTKE & RAY, PLLC
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251
FAX (253) 752-1071

PETITION - PAGE 3

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be served the foregoing Petition on the following individual in the manner indicated:

**Attorneys for Defendant**

**June Campbell**
**LANE POWELL, PC**
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101

[X]  Via CM/ECF
[X}  Via e-mail: CampbellJ@LanePowell.com
[ ]  Via Messenger Service
[ ]  Via U.S. Mail
[ ]  Via Facsimile

DATED this 13th day of ~~January~~ August, 2010.

KRISTINE J. COY

PETITION - PAGE 4

MARGULLIS, LUEDTKE & RAY, PLLC
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251

FAX (253) 752-1071