**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA.**

| | |
|---|---|
| CHARLOTTE GRADY and CHRISTOPHER GRADY, individually and as husband and wife, and the marital community composed thereof; CHRISTOPHER GRADY as the Guardian of T.G., a minor; and CHRISTOPHER GRADY as the natural parent of A.G., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>PHYSIOTHERAPY ASSOCATES, INC, a Michigan Corporation; STRYKER CORPORATION, a Michigan corporation; and MICHAEL R. SEVERINO, DPT, and NICOLE A. SEVERINO, PT, husband and wife and the marital community composed thereof, | NO.: 3:09-CV-05390-RBL<br><br>**AMENDED** ORDER APPROVING MINOR SETTLEMENT DISBURSEMENTS PURSUANT TO LRCP 17(C)<br><br>NOTE ON MOTION CALENDAR: JANUARY 14, 2010 |

A Petition for Approval of Settlement having been filed on behalf of the above-named Plaintiff minors, the Court finding that the facts set forth give the Court jurisdiction over the subject matter and the parties involved and that,

ORDER - PAGE 1

MARGULLIS, LUEDTKE & RAY, PLLC
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251
_____
FAX (253) 752-1071

pursuant to Civil Rule and Local Rule 17 (c), counsel has recommended disbursement of the settlement proceeds of these claims as provided for in the petition filed herewith;

The Court having considered the records and files herein, and being fully advised in the premises, NOW THEREFORE,

**THE COURT ORDERS:**

1. The following settlements are approved:

    A. T.G. in the amount of $5,000 to be held in a blocked bank account <u>until the minor reaches the age of eighteen (18) years</u>.

    B. A.G. in the amount of $5,000 to be held in a blocked bank account <u>until the minor reaches the age of eighteen (18) years</u>.

2. Christopher Grady has been appointed as Guardian of T.G. and A.G. for purposes of this lawsuit, and therefore he may execute releases on behalf of the minor Plaintiffs.

3. IT IS FURTHER ORDERED:

DATED and signed in open Court this 30th day of August, 2010.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - PAGE 2

**MARGULLIS, LUEDTKE & RAY, PLLC**
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251
FAX (253) 752-1071

1  Presented by:
2  **MARGULLIS, LUEDTKE & RAY, PLLC**

3  */s/ Rodney B. Ray*
   _____
4  **RODNEY B. RAY,** WSB# 7446
   Of Attorneys for Plaintiffs
5

6  **Reviewed and Approved:**

7  */s/ June Campbell*
   _____
8  **JUNE CAMPBELL,** WSB# 11427
   Of Attorneys for Defendant
9

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER - PAGE 3

**MARGULLIS, LUEDTKE & RAY, PLLC**
ATTORNEYS AT LAW
2601 NORTH ALDER ST.
TACOMA, WA 98407-6264
TEL. (253) 752-2251
_____
FAX (253) 752-1071